■ SEGO TRADING COMPANY, Respondent, v. WILLIAM DRUSS, Appellant. — In an action against an officer, director and stockholder of two New Jersey corporations for an accounting of rentals received by said corporations and alleged to have been caused by defendant to be diverted in violation of a trust impressed upon them, the defendant appeals from an order denying his motion to join said corporations as parties defendant pursuant to the provisions of section 193 of the Civil Practice Act upon the ground that they are indispensable parties. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (April 20, 1959)

■ BARNET E. EPSTEIN, as Administrator of the Estate of JANE EPSTEIN, Deceased, Respondent, v. LOUIS McCLAIN, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta and Hallinan, JJ.; Wenzel, J., not voting.

■ OAK LANE REALTY CORP. et al., Appellants, v. TRINITY EVANGELICAL LUTHERAN CHURCH, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Hallinan and Kleinfeld, JJ.

■ EVELYN BRODY, Respondent, v. BARNIE BRODY et al., Appellants.— In an action for the recovery of 300 shares of stock in the Marine Tobacco Co., Inc., allegedly belonging to the respondent and unlawfully in the possession of the appellants, and for other relief, the appeal is (1) from an order entered January 6, 1959 granting respondent's motion to examine the said corporation before trial, and (2) from an order entered January 30, 1959 denying appellants' motion to reargue the motion for examination before trial. Order entered January 6, 1959 affirmed, with $10 costs and disbursements (see *Southbridge Finishing Co.* v. *Golding,* 2 A D 2d 430). Appeal from order entered January 30, 1959 dismissed, without costs. An order denying a motion for reargument is not appealable. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ MARJORIE GLICKMAN, Appellant, v. HOME TITLE GUARANTY COMPANY, Respondent.— In an action to recover on a title insurance policy, the appeal is from an order denying a motion to strike out the two affirmative defenses contained in the second amended answer (Rules Civ. Prac., rule 109). Order affirmed, without costs. No opinion. Nolan, P. J. ,Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur. [15 Misc 2d 167.]